**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ **3rd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ronald Joseph         JOINT DEBTOR: _____         CASE NO.: 16-26619-RBR
Last Four Digits of SS#  xxx-xx-0472    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ 1,530.07 for months 1 to 5 ;
- B. $ 1,750.90 For months 6 to 14
- C. $ 1,923.90 for months 15 to 16 ;
- D. $ 2,096.90 for months 17 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00   TOTAL PAID $ 2,003.00

Balance Due   $ 1,647.00  payable $ 329.40  /month  (Months  1  to  5  )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Space Coast Credit Union      Arrearage on Petition Date  $ 650.83
   Address: 8046 N. Wickham Road; Melbourne, FL 32940
   Account No: xxxx62-21
   Arrears Payment $ 130.17 /month (Months 1 to 5)
   Regular Payment $ 107.22 /month (Months 1 to 60) at 3.24% interest

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

Internal Revenue Service
POB 7346;
Philadelphia, PA 19101-7346

1. xxx-xx-0472   Total Due $ 4,120.88
                 Payable  $ 824.18 /month  (Months 1 to 5) Regular Payment $ N/A

Unsecured Creditors: Pay $ 1,484.51 /month (Months 6 to 14).
                    Pay $ 1,641.78 /month (Months 15 to 16).
                    Pay $ 1,799.05 /month (Months 17 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

Flagstar Bank, POC#6: Debtor will pay claim directly each month.
Mercedes Benz Financial Serv., POC#4: Debtor is surrendering vehicle to Creditor.
Debtor shall provide copies of yearly tax returns to the Trustee no later than May during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Ronald Joseph
Debtor

Date:  March 16, 2017