**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:   Case No. 16-26619-SMG
  Chapter 13

RONALD JOSEPH

_____Debtor_____/

**CERTIFICATE OF SERVICE**
**and**
**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I certify that a true copy of *Debtor's Motion to Modify, 1st Modified Plan and Notice of Hearing on Debtor's Motion to Modify were served* via ECF to all parties on the attached service receiving service therefrom and via Regular U.S. Mail to all parties not served by ECF (which is attached as Exhibit "A").

Dated:  August 27, 2020.    MATTHEW MAZUR, P.A.
   Attorneys for Ronald Joseph
   2645 Executive Park Drive, Suite 110
   Weston, Florida 33331
   Telephone: (305) 466-3328
   Facsimile: (786) 347-6042
   By:_____/s/   Matthew E. Mazur, Jr._____
     Matthew E. Mazur, Jr.
     Florida Bar No. 0144614
     mmazurjr@mazur-law.com

LF-46 (rev. 12/01/09)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 16-26619-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Aug 26 18:27:20 EDT 2020 | Educational Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 | FLAGSTAR BANK, FSB<br>c/o Vanessa De La Caridad Torres Esq<br>6409 Congress Ave #100<br>Boca Raton, FL 33487-2853 |
| Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Space Coast Credit Union<br>c/o Isabel V. Colleran, Esq.<br>25 SE Second Ave #730<br>Miami, FL 33131-1696 |
| (p)BANKERS HEALTHCARE GROUP LLC<br>ATTN BANKRUPTCY DEPT<br>201 SOLAR STREET<br>SYRACUSE NY 13204-1425 | Bankkers Healthcare Group LLC<br>201 Solar St<br>Syracuse, NY 13204-1425 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>POB 3025<br>New Albany, OH 43054-3025 | Elan Financial Service<br>4 Station Square, Suite 620<br>Pittsburgh, PA 15219 |
| Flagstar Bank<br>5151 Conforte Drive<br>Mail Stop E115-3<br>Troy, MI 48098-2639 | Flagstar Bank, FSB<br>c/o Robertson, Anschutz & Schneid, P.L.<br>Bankruptcy Department<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487-2853 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Mercedes Benz Financial Serv.<br>POB 685<br>Roanoke, TX 76262-0685 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 | Navient<br>Attn: Claims Dept<br>POB 9500<br>Wilkes- Barr, PA 18773-9500 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 | Space Coast Credit Union<br>8045 N. Wickham Road<br>Melbourne, FL 32940-7920 |
| U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | Matthew Mazur Jr<br>2645 Executive Park Drive #110<br>Weston, FL 33331-3624 | Robin R Weiner<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 |
| Ronald Joseph<br>16258 SW 28th Court<br>Miramar, FL 33027-5211 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bankers HealthCare Group LLC<br>201 Solar St<br>Syracuse, NY 13204 | Chase Card Services<br>Correspondence Dept.<br>POB 15278<br>Wilmington, DE 19850 | Mercedes Benz Financial Services<br>36455 Corporate Dr<br>Farmington, MI 48331 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | | |
|---|---|---|---|
| (d)Educational Credit Management Corporation<br>Po Box 16408<br>St. Paul, MN 55116-0408 | (d)Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | End of Label Matrix<br>Mailable recipients<br>Bypassed recipients<br>Total | <br>24<br>2<br>26 |