**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

                                                      CASE NO.: 16-26619-BKC-SMG
                                                      PROCEEDING UNDER CHAPTER 13

IN RE:

RONALD JOSEPH
XXX-XX-0472

DEBTOR_____/

**TRUSTEE'S MOTION TO DEVIATE FROM PLAN AND DEEM CLAIM WITHDRAWN
AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING**

Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced case ("Trustee"), hereby files the Trustee's Motion to Deviate From Plan ("Motion") and Deem Claim Withdrawn and Certificate of Service of Court Generated Notice of Hearing pursuant to 11 U.S.C. §§ 502 and 1329 and Federal Rules of Bankruptcy Procedure 2002 and 3007, and states:

1. The Debtor filed a voluntary Chapter 13 Petition on **December 16, 2016**.

2. The Debtor's Chapter 13 Plan was confirmed on **April 13, 2017**.

3. Space Coast Credit Union ("Creditor"), Account #5221, has filed a Proof of Claim, Court Claim #3 ("Claim"), but refuses to accept payments from the Trustee and the Debtor has not modified the Plan accordingly.

4. The Trustee requests permission to deviate from the Plan and disburse payments allocated to Creditor to pay administrative, secured, and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term.

5. The Trustee requests the Debtor be required to continue making payments under the Plan and not increase or decrease those payments unless further ordered by this Court.

**WHEREFORE** the Trustee respectfully requests this Honorable Court grant the Motion and enter an Order Deviating from the Plan, deeming the Claim withdrawn, allowing the Trustee to disburse payments allocated to Creditor to pay administrative, secured and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term, require the Debtor to continue making payments under the Plan until further order of this Court, and for such other and further relief as the Court deems just and proper.

MOTION TO DEVIATE
CASE NO.: 16-26619-BKC-SMG

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Deviate From Plan and Deem Claim Withdrawn and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed below this 29th day of July, 2021.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
RONALD JOSEPH
16258 SW 28TH COURT
MIRAMAR, FL  33027-5211

**ATTORNEY FOR DEBTOR**
MATTHEW MAZUR, JR., ESQUIRE
2645 EXECUTIVE OARK DRIVE
SUITE 110
WESTON, FL  33331

**CREDITOR**
Space Coast Credit Union
POB 419001
Melbourne,  FL  32941-9001

**ADDITIONAL CREDITORS**
Space Coast Credit Union
8045 N Wickham Road
Melbourne,  FL  32940

Space Coast Credit Union
c/o Blaxberg, Grayson & Kukoff, P.A.
25 SE Second Avenue Suite 730
Miami,  FL  33131

MOTION TO DEVIATE
CASE NO.: 16-26619-BKC-SMG

Timothy M. Antonition, President
8045 N. Wickham Road
Space Coast Credit Union
Melbourne, FL 32940-7920